IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover         Date: March 20, 2013
Court Reporter:   Terri Lindblom
Probation Officer: Justine Kozak
Interpreter:      Melinda Gonzales-Hibner

Criminal Action No. 12-cr-00309-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Richard Hosley

      Plaintiff,

v.

SAUL RANGEL-LLANAS,                        Robert Driscoll

      Defendant.

---

### SENTENCING MINUTES

**1:49 p.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on November 26, 2012. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

argument.  Further argument by Mr. Driscoll and request for continuance to submit written argument.  The Government objects.  The Court requests a proffer from defendant.  Defendant states the proffer.  The request for continuance is denied.

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #32)** is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:55 p.m.** **Court in recess.**

Total Time: 1 hour 6 minutes.
Hearing concluded.